|   |   |
|---|---|
|   | The Honorable John C. Coughenour |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELAKOS (HELLAS) S.A.,<br>GALLIA GREACA SHIPPING LTD,<br>KONSTANTINOS CHRYSOVERGIS, and<br>TRYFON ANGELOU,<br><br>Defendants. | NO. CR16-062JCC<br><br>**GOVERNMENT'S SUR-REPLY TO CORPORATE DEFENDANTS' MOTION TO CONTINUE** |

    The government opposes the motion of Angelakos (Hellas) S.A. and Gallia Graeca, LTD (the "Corporate Defendants") to continue the trial from June 6, 2016 to June 20, 2016.  *See* Dkt. No. 47.  In the event the Court is inclined to grant a continuance, the government, having reviewed defendant's reply brief, suggests that trial begin on June 13, 2016.

    The government notes that corporate counsel is scheduled to return from his international business trip on June 10, 2016.  Dkt. No 51 n.1.  While the government strongly prefers to start trial on June 6, 2016, it would be available to start trial on June

United States v. Angelakos (Hellas) S. A., CR16-62JCC
Sur-Reply in Opposition to Motion to Continue - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13, 2016 and understands this date may be available on the Court's calendar. It would also be possible to start trial mid-week during the week of June 13, but the trial would need to start on or before Wednesday, June 15, 2016 to ensure that the trial concludes the week of June 20. Mr. Chalos has advised undersigned counsel that he does not object to starting trial the week of June 13, 2016, but would need until June 16, 2016 to travel to this district and be prepared for trial.

DATED this 26th day of April, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney
Seattle, Washington 98101-1271
700 Stewart Street, Suite 5220
Telephone: (206) 553-4259
Facsimile: (206) 553-0755
E-Mail: seth.wilkinson@usdoj.gov


*s/ Matthew D. Diggs*
MATTHEW D. DIGGS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101 1271
Telephone: (206) 553 2260
Facsimile: (206) 553 2502
E-Mail: matthew.diggs@usdoj.gov

United States v. Angelakos (Hellas) S. A., CR16-62JCC
Sur-Reply in Opposition to Motion to Continue - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26th, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendant.

*s/ Jennifer J. Witt*
JENNIFER J. WITT
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2520
Fax: 206-553-2502
E-mail: Jennifer.Witt@usdoj.gov

United States v. Angelakos (Hellas) S. A., CR16-62JCC
Sur-Reply in Opposition to Motion to Continue - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970